UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-0550-JAK (JEM) | Date | February 23, 2016 |
|---|---|---|---|
| Title | Joshua B. Shapiro v. Oscar Guaroa Moquete, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge | |
|---|---|---|
| S. Anthony | | |
| Deputy Clerk | Court Reporter / Recorder | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C.§ 1983. On January 11, 2016, the Court issued a Memorandum and Order Dismissing Complaint with Leave to Amend. Plaintiff had until February 12, 2016, to file a First Amended Complaint ("FAC"). He was cautioned that failure to do so by the deadline could result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

To date, Plaintiff has not filed a FAC.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and failure to comply with a court order.

Plaintiff shall file a written response to this Order to Show Cause no later than **March 8, 2016**[1]. Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

---

[1] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-0550-JAK (JEM) | Date | February 23, 2016 |
|---|---|---|---|
| Title | Joshua B. Shapiro v. Oscar Guaroa Moquete, et al. | | |

Filing of a First Amended Complaint consistent with the requirements of the Court's January 11, 2016, Order shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

|  | : |  |
|---|---|---|
|  | Initials of Preparer | sa |