# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA B. SHAPIRO, | Case No. SACV 14-00550-JAK (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| OSCAR GUAROA MOQUETE, et al., | |
| Defendants. | |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: April 14, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE